Fieldbridge Assoc., LLC v Robinson (2021 NY Slip Op 51160(U))

[*1]

Fieldbridge Assoc., LLC v Robinson

2021 NY Slip Op 51160(U) [73 Misc 3d 138(A)]

Decided on November 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DAVID ELLIOT, J.P., MICHELLE WESTON, DONNA-MARIE E. GOLIA,
JJ

2018-2595 K C

Fieldbridge Associates, LLC, Respondent,
against
C. Robinson, Tenant, and S. Robinson-Green, Appellant.

S. Robinson-Greene, appellant pro se.
Law Offices of Scott D. Gross, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Dawn
Jimenez-Salta, J.), entered October 1, 2012. The order denied a motion by Steve Greene to, in
effect, vacate so much of a final judgment of that court (Jose Rodriguez, J.), entered May 27,
2003, as awarded landlord the sum of $8,636.95 as against S. Robinson-Green in a nonpayment
summary proceeding and to restore to the trial calendar so much of the proceeding as sought a
money judgment as against S. Robinson-Green.

ORDERED that the order is reversed, without costs, the motion by Steve Greene to, in
effect, vacate so much of the final judgment as awarded landlord the sum of $8,636.95 as against
S. Robinson-Green and to restore to the trial calendar so much of the proceeding as sought a
money judgment as against S. Robinson-Green is granted, and the matter is remitted to the Civil
Court for all further proceedings. 
In this nonpayment proceeding, only nonparty Derek Green answered. He and landlord
entered into a so-ordered stipulation of settlement in which they agreed that landlord would be
awarded possession and the sum of $8,636.95. Pursuant to the stipulation, a final judgment was
entered on May 27, 2003 against, insofar as is relevant here, named tenant S. Robinson-Green. In
November 2004, an income execution was filed against Steve Greene, who then moved, in [*2]effect, to vacate so much of the final judgment as awarded landlord
the sum of $8,636.95 as against S. Robinson-Green and to restore the proceeding to the calendar,
in effect conceding that he is S. Robinson-Green. The Civil Court denied the motion, noting that
the final judgment was entered on consent.
So much of the final judgment as awarded landlord the sum of $8,636.95 as against S.
Robinson-Green must be vacated. The so-ordered stipulation of settlement upon which the final
judgment was based was not entered into by S. Robinson-Green, but by nonparty Derek Green.

We pass on no issue raised by Steve Greene for the first time on appeal.
Accordingly, the order is reversed, the motion by Steve Greene to, in effect, vacate so much
of the final judgment as awarded landlord the sum of $8,636.95 as against S. Robinson-Green
and to restore to the trial calendar so much of the proceeding as sought a money judgment as
against S. Robinson-Green is granted, and the matter is remitted to the Civil Court for all further
proceedings.
ELLIOT, J.P., WESTON and GOLIA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 19, 2021